UNITED STATES
DISTRIC COURT
FOR
MASSACHUSETTS

GERALD JONES, Pro Se
PLAINTIFF,

-vs-

Docket

SHERIFF, LEWIS G. EVAGLEDIS
DOCTOR, DAVID ANDREWS,
ATTORNEY, KATHERINE ISMEURT

## JURISDICTOION:

1- This Honorable retains jurisdiction for this Timely complaint pursuant to 42 USC 1983 and 42 USC 1981 and 28 USC § 1331

## CIVIL ACTION / TORT
## LEGAL MALPRACTICE AND
## EMERGENCY MEDICAL RELIEF:

## PARTIES:

2- The Plaintiff Gerald Jones, Pro se is a protected class disable African American citizen suffering from acute dystonia, Tardive dyskinsia and severe painful lock jaw preventing him from speaking and eating properly. As well as PTSD, Bipolar, anxiety and depression, which has not been effectively treated or allowed to go to his scheduled appointment for nerve surgery, botox and cordizone shots or allowed to get his dentures which have already been paid for.

3. Defendant Sheriff Lewis G Evaglidis is the sherif of the Worcester House of Correction responsible for the "care" and custody of the Plaintiff.

4. Defendant Doctor Andrews is a Doctor at the Worcester House of Correction responsible for medically treating the Plaintiff.

5. Defendant, Attorney Katherine Ismert has repeatedly refused to Petition the Court for "Emergency Release" for the Plaintiff see Exhibit "A"

6. The Plaintiff has been in the "care" and custody of Defendant for two months severly suffering from acute sever painful and debillitating "Lock Jaw".

7. Defendant sheriff Evaglidis has denied and ignored plaintiff's grievances and complaints for necessary medical treatment.

8. Defendant Doctor David Andrews has ignored and/or denied Plaintiff numerous complaints for necessary medical treatment

Relief:

8. Plaintiff's health is deviating daily without necessary medical treatment. Thus, he prays for this Honorable Court grant him "Emergency Release" and/or appropriate relief for the plaintiff's heath.

10. The act and omission of the Defendants amounts to cruel and unusual punishment, mental anguish and emotional distress and legal malpractice. Therefore, The plaintiff's seeks damages in the amount of $7,000,000 Seven Million dolars; And Trial by Jury.

Respectfully Submited

*[signature]*

December 2, 2020