UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD JONES,<br>      Plaintiff,<br><br>       v.<br><br>SHERIFF LEWIS G. EVANGELIDAS, et al.,<br>      Defendants. | CIVIL ACTION<br>NO. 20-40153-MRG |

## REPORT & RECOMMENDATION

**March 22, 2023**

Hennessy, M.J.

The complaint in the above-captioned action was filed on December 7, 2020. [Dkt. No. 2]. Plaintiff, an inmate at Worcester County Jail appearing pro se, alleged that Defendants denied him necessary medical attention in violation of his constitutional rights. [Id.]. In an order granting Plaintiff's motion to proceed in forma pauperis, [Dkt. No. 10], this Court advised that under Fed. R. Civ. P. 4(m) and Local Rule 4.1, Plaintiff had 90 days from the issuing of that order on January 8, 2021 to complete service. Plaintiff thereafter filed motions for emergency medical relief, [Dkt. Nos. 14, 17], and appointment of counsel, [Dkt. No. 19], both of which were denied on the basis that Plaintiff had failed to demonstrate exceptional circumstances warranting the relief requested. [Dkt. No. 23]. Proof of service was not provided.

On September 19, 2022, the undersigned issued an order to show cause advising that the action would be dismissed without prejudice fourteen (14) days from the date of that order unless proof of service were filed or good cause shown why service has not been made. [Dkt. No. 28].

The order was mailed to Worcester County Jail and returned to this Court as undeliverable, as Plaintiff had been released and had not left a forwarding address. [Dkt. No. 30]. Plaintiff has not provided any further notice or mailing to this Court since August 5, 2021. [Dkt. No. 22].

Accordingly, I RECOMMEND dismissing this matter without prejudice for failure to prosecute.

/s/ David H. Hennessy
David H. Hennessy
United States Magistrate Judge